UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SYLVIA BATTLE, )
      Plaintiff, )
       ) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:12-CV-84-BO**
       )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
      Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Judgment on the Pleadings is GRANTED and Defendant's Motion for Judgment on the Pleadings is DENIED. The decision of the ALJ is REVERSED and this matter is REMANDED to the Commissioner for an award of benefits.

**This Judgment Filed and Entered on February 15, 2013, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)
Marian A. Harder (via CM/ECF Notice of Electronic Filing)

DATE                               JULIE A. RICHARDS, CLERK
February 15, 2013                /s/ Susan K. Edwards
                                       (By) Susan K. Edwards, Deputy Clerk